UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| AU NEW HAVEN, LLC, and<br>TRELLEBORG COATED SYSTEMS US, INC., | : <br> : <br> : | |
| Plaintiffs, | : <br> : | CIVIL ACTION NO.<br>15-CV-03411-GHW |
| v. | : <br> : | **PLAINTIFFS' MOTION TO<br>ENJOIN DEFENDANT YKK** |
| YKK CORPORATION, | : <br> : | **CORPORATION FROM<br>MAINTAINING ITS** |
| Defendant. | : | **DECLARATORY JUDGMENT<br>ACTION IN JAPAN** |

---

**TO:** All Counsel of Record for Defendants

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiffs AU New Haven, LLC and Trelleborg Coated Systems, US, Inc. hereby move before the United States District Court for the Southern District of New York, Honorable Gregory H. Woods, for an Order enjoining Defendants YKK Corporation and its affiliates from maintaining its declaratory judgment action in the Tokyo District Court, Japan.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Uretek shall rely on the pleadings and proceedings herein and upon the Memorandum of Law in support of this motion, and Exhibit A thereto, filed simultaneously herewith.

1

Respectfully submitted,

Dated: January 12, 2018

By: *s/ norman h. zivin*
Norman H. Zivin (NZ-6053)
Tonia A. Sayour (TS-7208)
COOPER & DUNHAM LLP
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 278-0400
Fax: (212) 391-0525
Email: nzivin@cooperdunham.com
Email: tsayour@cooperdunham.com

and

Brian P. Daniels (pro hac vice)
Sean M. Fisher (SF0251)
David R. Schaefer (pro hac vice)
Michael Cretella (pro hac vice)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT 06511
Tel.: (203) 772-2600
Fax: (203) 562-2098
Email: bpdaniels@bswlaw.com
Email: dschaefer@bswlaw.com
Email: sfisher@bswlaw.com
Email: mcretella@bswlaw.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on January 12, 2018, per Local Rule Civil Rule 5.2.

<u>s/ norman h. zivin</u><br>
Norman H. Zivin