UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AU NEW HAVEN, LLC, and TRELLEBORG COATED SYSTEMS US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> YKK CORPORATION, et al., <br><br> Defendants. | Civil Action No. 15-CV-03411 (GHW) (SN) <br><br> **DEFENDANTS' NOTICE OF MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS** |

PLEASE TAKE NOTICE that, upon the attached Declaration of Steven Cherny and the exhibits attached thereto, as well as the accompanying Memorandum of Law in support of the motion, Defendants will move this Court, before the Honorable Sarah Netburn, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, pursuant to the Order of Reference of the Honorable Gregory H. Woods dated April 17, 2018 [Dkt. No. 346], for a Report and Recommendation and Order pursuant to Fed. R. Civ. P. 26 and Fed. R. Evid. 702 granting Defendants' Motion to Exclude Testimony of Plaintiffs' Experts and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that any opposing memorandum to this Motion shall be served no later than July 2, 2018, and any reply by August 13, 2018 in accordance with this Court's Order of April 26, 2018 [Dkt. No. 355].

PLEASE TAKE FURTHER NOTICE that any requests for redaction of confidential information shall be served no later than May 28, 2018, any requests for redaction of confidential

information in any opposing memorandum no later than July 9, 2018, and any requests for redaction of confidential information in any reply no later than August 20, 2018.

Dated: May 21, 2018

Respectfully submitted,

By: _____
Steven Cherny
Deborah K. Brown
Toby E. Futter
QUINN EMANUEL URQUHART
  & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849-8700
Fax: (212) 849-7100
Email: stevencherny@quinnemanuel.com
Email: deborahbrown@quinnemanuel.com
Email: tobyfutter@quinnemanuel.com

Michael A. Bertelson
Russell A. Korn
Amanda N. Brouillette
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE Suite 2800
Atlanta, Georgia 30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: mbertelson@kilpatricktownsend.com
Email: rkorn@kilpatricktownsend.com
Email: abrouillette@kilpatricktownsend.com

*Attorneys for Defendants*