UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AU NEW HAVEN, LLC, and : | |
| TRELLEBORG COATED SYSTEMS US, INC., : | |
| : | CIVIL ACTION NO. |
| Plaintiffs, : | 15-CV-03411-GHW-SN |
| : | |
| v. : | |
| : | |
| YKK CORPORATION et al., : | October 18, 2019 |
| : | |
| Defendants. : | |

---

**JOINT PROPOSED REQUESTS TO CHARGE, PROPOSED VERDICT FORMS, AND PROPOSED *VOIR DIRE* QUESTIONS**

Pursuant to Rule 5.C.i. of the Court's (Woods, U.S.D.J.) Individual Rules of Practice in Civil Cases, attached hereto as Exhibit A are the joint requests to charge, as Exhibit B the Plaintiffs' proposed verdict form, as Exhibit C the Defendants' proposed verdict form, and as Exhibit D the joint proposed *voir dire* questions.

| | |
|---|---|
| By: /s/ *Brian P. Daniels* <br> Brian P. Daniels (pro hac vice) <br> David R. Schaefer (pro hac vice) <br> Sean M. Fisher (SF0251) <br> Michael T. Cretella (pro hac vice) <br> BRENNER, SALTZMAN & <br>    WALLMAN LLP <br> 271 Whitney Avenue <br> New Haven, CT 06511 <br> Tel.: (203) 772-2600 <br> Fax: (203) 562-2098 <br> Email: bpdaniels@bswlaw.com <br> Email: dschaefer@bswlaw.com <br> Email: sfisher@bswlaw.com <br> Email: mcretella@bswlaw.com | By: /s/ *Steven Cherny* <br> Steven Cherny <br> Harvey Wolkoff <br> Deborah K. Brown <br> Brian Biddinger <br> Kate Cassidy <br> Toby E. Futter <br> Owen F. Roberts <br> QUINN EMANUEL URQUHART & <br>    SULLIVAN LLP <br> 51 Madison Avenue <br> New York, New York 10010 <br> Tel.: (212) 849-8700 <br> Fax: (212) 849-7100 <br> Email: stevencherny@quinnemanuel.com <br> Email: harveywolkoff@quinnemanuel.com <br> Email: deborahbrown@quinnemanuel.com <br> Email: brianbiddinger@quinnemanuel.com <br> Email: katecassidy@quinnemanuel.com <br> Email: tobyfutter@quinnemanuel.com <br> Email: owenroberts@quinnemanuel.com |
| Norman H. Zivin (NZ-6053) <br> Tonia A. Sayour (TS-7208) <br> Matthew M. Wilk (MW-5826) <br> COOPER & DUNHAM LLP <br> 30 Rockefeller Plaza <br> New York, New York 10112 <br> Tel.: (212) 278-0400 <br> Fax: (212) 391-0525 <br> Email: nzivin@cooperdunham.com <br> Email: tsayour@cooperdunham.com <br> Email: mwilk@cooperdunham.com | Michael A. Bertelson <br> Russell A. Korn <br> David A. Reed <br> Amanda N. Brouillette <br> KILPATRICK TOWNSEND & <br>    STOCKTON LLP <br> 1100 Peachtree Street NE Suite 2800 <br> Atlanta, Georgia 30309-4528 <br> Telephone: (404) 815-6500 <br> Facsimile: (404) 815-6555 <br> Email: mbertelson@kilpatricktownsend.com <br> Email: rkorn@kilpatricktownsend.com <br> Email: dreed@kilpatricktownsend.com <br> Email: abrouillette@kilpatricktownsend.com |
| *Attorneys for Plaintiffs AU New Haven, LLC and Trelleborg Coated Systems US, Inc.* | *Attorneys for Defendants, YKK Corporation, et al.* |

10E2594.doc