UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AU NEW HAVEN, LLC, and
TRELLEBORG COATED SYSTEMS US, INC.,

    Plaintiffs,

v.

YKK CORPORATION et al.,

    Defendants.

---

Civil Action No.
15-CV-03411-GHW

### DECLARATION OF JAMES J. DONOHUE
### IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 564]

I, JAMES J. DONOHUE, hereby declare and say:

1. I am a Vice President of Charles River Associates and have been retained in this action as a damages expert by Cooper & Dunham LLP on behalf of Plaintiffs AU New Haven, LLC and Trelleborg Coated Systems US, Inc. (collectively, "Plaintiffs").

2. The documents marked as Plaintiffs' trial exhibits PX-186, 188, 188B, 190, 192, 193A, 193B, 194, 195, 196, 225, 226B, 228, 229B, 233D, 236, 237C, 238, 240, 241, 243A, 263, 263A, 264, 264A, 264B, 264C, 265, 266, and 272A through 272K are true and accurate summaries, charts and/or calculations I created based on voluminous data produced in discovery either (i) by Plaintiffs or Defendants YKK Corporation et al. (collectively, "YKK") or (ii) by third parties (which data also was provided to YKK).

3. I also provided native files of my work product to YKK.

I declare that the foregoing is true under the penalties for perjury.

Executed on January 23, 2020

_____
James J. Donohue

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2020 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                      *s/ Brian P. Daniels*
                                                Brian P. Daniels (pro hac vice)