UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AU NEW HAVEN, LLC, et al.,

                               **Plaintiffs,**        15-CV-3411 (GHW) (SN)

   -against-                                            **ORDER**

YKK CORPORATION, et al.,

                               **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A full-day settlement conference is scheduled for Tuesday, April 28, 2020, at 11:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are ORDERED to meet and confer to discuss whether a settlement conference would be productive considering the June 15, 2020 trial date. By March 2, 2020, the parties shall file either a request for an adjournment if they do not believe a settlement conference would be productive, or a request for a different date in advance of the scheduled trial.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      February 24, 2020
                    New York, New York