USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AU NEW HAVEN, LLC, and TRELLEBORG COATED SYSTEMS US, INC.,

                      Plaintiffs,

v.

YKK CORPORATION, et al.,

                      Defendants.

Civil Action No. 15-CV-03411 (GHW)

**PARTIAL JUDGMENT**

    IT IS HEREBY ORDERED THAT, pursuant to Federal Rule of Civil Procedure 54(b), judgment is entered in favor of Plaintiff AU New Haven, LLC and against Defendants YKK Corporation *et al.* on the claim for breach of contract described in paragraph 69 of Plaintiffs' Amended Complaint (Dkt. 90) in the amount of $768,052.00.

Dated: August 18, 2020
New York, NY

                                                Hon. Gregory H. Woods
                                                United States District Judge