UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

AU NEW HAVEN, LLC and TRELLEBORG　　　:
COATED SYSTEMS US, INC.,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　Plaintiffs,　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　-v -　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
YKK CORPORATION, YKK HONG KONG　　:
LTD., YKK FASTENING PRODUCTS SALES　:
INC., SHANGHAI YKK ZIPPER CO., LTD.,　:
SHANGHAI YKK TRADING CO., LTD., YKK　:
CANADA INC., YKK TAIWAN CO., LTD., P.T. :
YKK ZIPPER INDONESIA, YKK　　　　　　:
BANGLADESH PTE. LTD., YKK KOREA CO., :
LTD., YKK FRANCE SARL, DALIAN YKK　　:
ZIPPER CO., LTD., YKK VIETNAM CO., LTD.,:
YKK DEUTSCHLAND GMBH, YKK　　　　　:
(THAILAND) CO., LTD., YKK (U.K.) LTD.,　:
YKK ZIPPER (SHENZHEN) CO., LTD., YKK　:
AUSTRIA GMBH, YKK ITALIA S.P.A., OOO　:
YKK a/k/a YKK RUSSIA, YKK METAL VE　　:
PLASTIK URUNLERI SANAYI VE TICARET　　:
A.S., and YKK (U.S.A.) INC.　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　Defendants.:

------------------------------------------------------------X

1:15-cv-3411-GHW

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2020

GREGORY H. WOODS, United States District Judge:

On September 21, 2020, the Court held a teleconference in this matter. As stated on the record during that conference, the parties are directed to meet and confer regarding the following subjects:

- The potential depositions of Messrs. Blunt, Dwyer, Hoeferlin, and Law, as raised during the discussion regarding Section XI of Plaintiffs' non-patent motion in limine at Dkt. No. 495.

- The basis for any specific objections to the exhibits at issue in Sections IV and V of Defendants' motion in limine at Dkt. No. 503.

- Plaintiffs' proposed deposition designations.  Plaintiffs shall send their proposed additional or modified deposition designations to Defendants by no later than September 25, 2020.  The parties shall submit a joint application or motion briefing regarding the proposed designations to the Court no later than October 2, 2020.

- The basis for Defendants' twentieth affirmative defense, lack of title.  The parties are directed to propose an amendment to the pretrial order, if necessary.

Furthermore, during that conference, the Court issued the following rulings:

- Plaintiffs' request to reopen discovery for additional depositions, Dkt. No. 628, is denied;

- Sections IV and XI of Plaintiffs' non-patent-related motion in limine at Dkt. No. 495 are granted in part and denied in part;

- Defendants' motion in limine at Dkt. No. 479 is granted in part and denied in part;

- Sections I, IV, and V of Defendants' motion in limine at Dkt. No. 503 are granted in part and denied in part;

- Defendants' motion to seal at Dkt. No. 505 is granted; and

- Defendants' motion to seal at Dkt. No. 593 is granted.

Furthermore, as proposed by the parties in their September 11, 2020 letter, Dkt. No. 624, and as discussed on the record during the September 8, 2020 and September 21, 2020 conferences, the jury trial in this matter is adjourned sine die.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 479, 505, and 593.

SO ORDERED.

Dated: September 21, 2020

_____
GREGORY H. WOODS
United States District Judge