```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AU NEW HAVEN, LLC and TRELLEBORG          :
COATED SYSTEMS US, INC.,                  :
                                          :
                            Plaintiffs,   :      1:15-cv-3411-GHW
                                          :
            -v -                          :      ORDER
                                          :
YKK CORPORATION, YKK HONG KONG            :
LTD., YKK FASTENING PRODUCTS SALES        :
INC., SHANGHAI YKK ZIPPER CO., LTD.,      :
SHANGHAI YKK TRADING CO., LTD., YKK       :
CANADA INC., YKK TAIWAN CO., LTD., P.T.   :
YKK ZIPPER INDONESIA, YKK                 :
BANGLADESH PTE. LTD., YKK KOREA CO.,      :
LTD., YKK FRANCE SARL, DALIAN YKK         :
ZIPPER CO., LTD., YKK VIETNAM CO.,        :
LTD., YKK DEUTSCHLAND GMBH, YKK           :
(THAILAND) CO., LTD., YKK (U.K.) LTD.,    :
YKK ZIPPER (SHENZHEN) CO., LTD., YKK      :
AUSTRIA GMBH, YKK ITALIA S.P.A., OOO      :
YKK a/k/a YKK RUSSIA, YKK METAL VE        :
PLASTIK URUNLERI SANAYI VE TICARET        :
A.S., and YKK (U.S.A.) INC.               :
                                          :
                            Defendants.:
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2020

GREGORY H. WOODS, United States District Judge:

The Court has reviewed Plaintiffs' motions at Dkt. Nos. 634 and 637. First, to clarify, as stated on the record during the September 21, 2020 conference, and as ordered by the Court at Dkt. Nos. 632 and 633, the parties were directed to confer regarding, and Plaintiffs were directed to submit to Defendants, the "very, very small number" of new deposition materials discussed during the September 21, 2020 conference by no later than September 30, 2020. September 21, 2020 Hearing Tr. at 79:21-82:6; Dkt. Nos. 632, 633. This deadline did not affect the deadlines for the

larger exchanges of the revised designations, counter-designations, objections, and joint chart described in the Court's September 14, 2020 order.  Dkt. No. 625.  The schedule described in the Court's September 14, 2020 order remains in place.  Furthermore, to the extent Defendants wish to respond to Plaintiffs' motions at Dkt. Nos. 634 and 637, those responses are due no later than October 19, 2020.  Plaintiffs' replies, if any, are due no later than October 26, 2020.

Furthermore, the Court intends that a jury trial in this matter will begin on May 17, 2021 at 9:00 a.m.  However, the parties should be aware that this trial date is subject to the Southern District of New York's jury trial schedule.  The Court will hold a final pretrial conference in this case on April 23, 2021 at 2:00 p.m.  Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

The parties are directed to submit revised versions of the following materials no later than April 2, 2021:  (1) the joint pretrial order required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, and (2) a proposed brief, mutually acceptable description of the case, to be read to the venire.  The parties are directed to limit their changes to those giving effect to the Court's July 30, 2020 summary judgment decision, Dkt. No. 611.  The parties are further directed to submit a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

SO ORDERED.

Dated: October 6, 2020  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge

2