USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AU NEW HAVEN, LLC and TRELLEBORG
COATED SYSTEMS US, INC.,

                        Plaintiffs,

              -v -

YKK CORPORATION, YKK HONG KONG
LTD., YKK FASTENING PRODUCTS SALES
INC., SHANGHAI YKK ZIPPER CO., LTD.,
SHANGHAI YKK TRADING CO., LTD., YKK
CANADA INC., YKK TAIWAN CO., LTD., P.T.
YKK ZIPPER INDONESIA, YKK
BANGLADESH PTE. LTD., YKK KOREA CO.,
LTD., YKK FRANCE SARL, DALIAN YKK
ZIPPER CO., LTD., YKK VIETNAM CO.,
LTD., YKK DEUTSCHLAND GMBH, YKK
(THAILAND) CO., LTD., YKK (U.K.) LTD.,
YKK ZIPPER (SHENZHEN) CO., LTD., YKK
AUSTRIA GMBH, YKK ITALIA S.P.A., OOO
YKK a/k/a YKK RUSSIA, YKK METAL VE
PLASTIK URUNLERI SANAYI VE TICARET
A.S., and YKK (U.S.A.) INC.

                        Defendants.
-------------------------------------------------------------X

1:15-cv-3411-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has reviewed the parties' January 21, 2021 letter regarding the jury trial in this matter. The jury trial scheduled for May 17, 2021 is adjourned. The Court intends that a jury trial in this matter will begin on November 29, 2021 at 9:00 a.m. However, the parties should be aware that this trial date is subject to the Southern District of New York's jury trial schedule.

The deadline for the parties to submit the pretrial materials described in the Court's October 6, 2020 order, Dkt. No. 639, is extended to September 7, 2021. The final pretrial conference scheduled for April 23, 2021 at 2:00 p.m. is adjourned to November 2, 2021 at 1:00 p.m. Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States

District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: January 22, 2021

_____
GREGORY H. WOODS
United States District Judge

2