```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AU NEW HAVEN, LLC and TRELLEBORG COATED SYSTEMS US, INC.,

                        Plaintiffs,

                -v -

YKK CORPORATION, YKK HONG KONG LTD., YKK FASTENING PRODUCTS SALES INC., SHANGHAI YKK ZIPPER CO., LTD., SHANGHAI YKK TRADING CO., LTD., YKK CANADA INC., YKK TAIWAN CO., LTD., P.T. YKK ZIPPER INDONESIA, YKK BANGLADESH PTE. LTD., YKK KOREA CO., LTD., YKK FRANCE SARL, DALIAN YKK ZIPPER CO., LTD., YKK VIETNAM CO., LTD., YKK DEUTSCHLAND GMBH, YKK (THAILAND) CO., LTD., YKK (U.K.) LTD., YKK ZIPPER (SHENZHEN) CO., LTD., YKK AUSTRIA GMBH, YKK ITALIA S.P.A., OOO YKK a/k/a YKK RUSSIA, YKK METAL VE PLASTIK URUNLERI SANAYI VE TICARET A.S., and YKK (U.S.A.) INC.

                      Defendants.
-----------------------------------------------------------------X

1:15-cv-3411-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      On January 22, 2021, the Court informed the parties that it intended this matter to go to trial on November 29, 2021. Dkt. No. 735. As the Court informed the parties in its order, the likelihood of this case going forward on that date was contingent on, among other things, the Court's internal processes for the allocation of trial dates. The Court advises the parties that a criminal trial has been scheduled for the same date as this case; because such trials enjoy priority under the Court's internal processes, the parties should prepare for the possibility that this case may be tried at another date.

At this time, the Court will not disturb the schedule set in its January 22 order. The Court will inform the parties should there be any relevant developments.

SO ORDERED.

Dated: June 15, 2021

_____
GREGORY H. WOODS
United States District Judge