**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 6/16/2021 __
```

AU NEW HAVEN, LLC, et al.,

                                    **Plaintiffs,**        **15-CV-3411 (GHW) (SN)**

   -against-                                     **ORDER**

YKK CORPORATION, et al.,

                                   **Defendants.**

---------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        In light of Judge Gregory H. Woods's June 15, 2021 Order regarding the currently-scheduled trial date, the parties are directed to contact Courtroom Deputy Rachel Slusher via email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement if it would be productive at this time. The parties are advised that settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

        The parties should assume that the settlement conference will be conducted by telephone using a platform that will allow the Court to hold confidential conversations with counsel and the party representative(s) for each side.

**SO ORDERED.**

                                                _____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 16, 2021
             New York, New York