UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AU NEW HAVEN, LLC, et al.,

                            Plaintiffs,

           -against-

YKK CORPORATION, et al.,

                           Defendants.

-----------------------------------------------------------------X

15-CV-03411 (GHW)(SN)

**SETTLEMENT CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2021

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Wednesday, August 11, 2021, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Friday, August 6, 2021, by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                     _____
                                                     SARAH NETBURN
                                                     United States Magistrate Judge

Dated:     August 2, 2021
              New York, New York