UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/2021

| | |
|---|---|
| AU NEW HAVEN, LLC, and TRELLEBORG COATED SYSTEMS US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> YKK CORPORATION, et al., <br><br> Defendants. | Civil Action No. 15-CV-03411 (GHW) (SN) <br><br> **YKK'S NOTICE OF MOTION TO FILE MOTION AND EXHIBIT UNDER SEAL** |

PLEASE TAKE NOTICE that Defendants YKK Corporation *et al* (collectively "YKK") will move this Court, before the Honorable Gregory H. Woods at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order to file under seal their Memorandum in Support of YKK's Motion to Determine the Ambiguity of the term "High End Outerwear" and Exhibit B attached thereto, and for such other and further relief as this Court may deem just and proper.

Dated: October 9, 2020

                                          Respectfully submitted,

                                          By:  */s/ Steven Cherny*
                                          Steven Cherny
                                          Harvey J. Wolkoff
                                          Deborah K. Brown
                                          Brian P. Biddinger
                                          Kate Cassidy
                                          Owen F. Roberts
                                          QUINN EMANUEL URQUHART & SULLIVAN LLP
                                          51 Madison Avenue, 22nd Floor
                                          New York, New York 10010

Tel.: (212) 849-8700
Fax: (212) 849-7100
stevencherny@quinnemanuel.com
harveywolkoff@quinnemanuel.com
deborahbrown@quinnemanuel.com
brianbiddinger@quinnemanuel.com
katecassidy@quinnemanuel.com
owenroberts@quinnemanuel.com

Russell A. Korn
Michael A. Bertelson
Amanda N. Brouillette
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE Suite 2800
Atlanta, Georgia 30309-4528
Tel.: (404) 815-6500
Fax: (404) 815-6555
rkorn@kilpatricktownsend.com
mbertelson@kilpatricktownsend.com
abrouillette@kilpatricktownsend.com
*Attorneys for Defendants*

Application denied. The only justification provided for the sealing of this document is the fact that it was designated as "Highly Confidential" by Plaintiffs. See Dkt. No. 658. That fact, by itself, is insufficient to overcome the presumption of public access that applies to judicial documents. Plaintiffs did not elect to present any other justification for sealing or redaction. As a result, the motion to file these documents under seal is denied. Defendants are directed to file them in unredacted form on the public docket no later than October 5, 2021.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 657.

SO ORDERED.
Dated: September 25, 2021               _____
New York, New York                      GREGORY H. WOODS
                                        United States District Judge

2