```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AU NEW HAVEN, LLC and TRELLEBORG        :
COATED SYSTEMS US, INC.,                :
                                        :
                      Plaintiffs,       :      1:15-cv-3411-GHW
                                        :
         -v -                           :      ORDER
                                        :
YKK CORPORATION, YKK HONG KONG          :
LTD., YKK FASTENING PRODUCTS SALES      :
INC., SHANGHAI YKK ZIPPER CO., LTD.,    :
SHANGHAI YKK TRADING CO., LTD., YKK     :
CANADA INC., YKK TAIWAN CO., LTD., P.T. :
YKK ZIPPER INDONESIA, YKK               :
BANGLADESH PTE. LTD., YKK KOREA CO.,    :
LTD., YKK FRANCE SARL, DALIAN YKK       :
ZIPPER CO., LTD., YKK VIETNAM CO.,      :
LTD., YKK DEUTSCHLAND GMBH, YKK         :
(THAILAND) CO., LTD., YKK (U.K.) LTD.,  :
YKK ZIPPER (SHENZHEN) CO., LTD., YKK    :
AUSTRIA GMBH, YKK ITALIA S.P.A., OOO    :
YKK a/k/a YKK RUSSIA, YKK METAL VE      :
PLASTIK URUNLERI SANAYI VE TICARET      :
A.S., and YKK (U.S.A.) INC.             :
                                        :
                      Defendants.       :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2021

GREGORY H. WOODS, United States District Judge:

The Court has reviewed the parties' September 26, 2021 letters regarding trial dates. A jury trial in this matter will begin on **Monday, August 29, 2022 at 9:00 a.m.** The Court will hold a final pretrial conference in this case on **Monday, July 25, 2022, at 1:00 p.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007. Given the new trial dates, the Court is also terminating the pre-trial motions currently pending, which it will resolve prior to the final pretrial conference.

The parties are directed to submit the following materials no later than June 3, 2022: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

The Clerk of Court is ordered to terminate the motions currently pending at Dkt. Nos. 634, 640, 642, 644, 646, 648, 650, 652, 654, 747, and 775.

SO ORDERED.

Dated: September 26, 2021  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge