```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AU NEW HAVEN, LLC and TRELLEBORG         :
COATED SYSTEMS US, INC.,                 :
                                         :
                         Plaintiffs,     :        1:15-cv-3411-GHW
                                         :
             -v -                        :        ORDER
                                         :
YKK CORPORATION, YKK HONG KONG           :
LTD., YKK FASTENING PRODUCTS SALES       :
INC., SHANGHAI YKK ZIPPER CO., LTD.,     :
SHANGHAI YKK TRADING CO., LTD., YKK      :
CANADA INC., YKK TAIWAN CO., LTD., P.T.  :
YKK ZIPPER INDONESIA, YKK                :
BANGLADESH PTE. LTD., YKK KOREA CO.,     :
LTD., YKK FRANCE SARL, DALIAN YKK        :
ZIPPER CO., LTD., YKK VIETNAM CO., LTD., :
YKK DEUTSCHLAND GMBH, YKK                :
(THAILAND) CO., LTD., YKK (U.K.) LTD.,   :
YKK ZIPPER (SHENZHEN) CO., LTD., YKK     :
AUSTRIA GMBH, YKK ITALIA S.P.A., OOO     :
YKK a/k/a YKK RUSSIA, YKK METAL VE       :
PLASTIK URUNLERI SANAYI VE TICARET       :
A.S., and YKK (U.S.A.) INC.              :
                                         :
                         Defendants.:
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/22

GREGORY H. WOODS, United States District Judge:

The jury trial currently scheduled to begin on Monday, August 29, 2022 is adjourned to Monday, **December 5, 2022 at 9:00 a.m.**  As the Court previously advised the parties, there is limited availability of trial dates resulting from the COVID-19 pandemic and the Court must modify its trial calendar to accommodate a criminal trial.

Accordingly, the final pretrial conference is also adjourned.  The Court will hold a final pretrial conference in this case on **Wednesday, November 9, 2022 at 10:00 a.m.**  Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

The parties are directed to submit the following materials no later than **September 28, 2022**: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

SO ORDERED.

Dated: April 14, 2022  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge