```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AU NEW HAVEN, LLC and TRELLEBORG        :
COATED SYSTEMS US, INC.,                :
                                        :
                        Plaintiffs,     :         1:15-cv-3411-GHW
                                        :
          -v -                          :         ORDER
                                        :
YKK CORPORATION, YKK HONG KONG          :
LTD., YKK FASTENING PRODUCTS SALES      :
INC., SHANGHAI YKK ZIPPER CO., LTD.,    :
SHANGHAI YKK TRADING CO., LTD., YKK     :
CANADA INC., YKK TAIWAN CO., LTD., P.T. :
YKK ZIPPER INDONESIA, YKK               :
BANGLADESH PTE. LTD., YKK KOREA CO.,    :
LTD., YKK FRANCE SARL, DALIAN YKK       :
ZIPPER CO., LTD., YKK VIETNAM CO., LTD.,:
YKK DEUTSCHLAND GMBH, YKK               :
(THAILAND) CO., LTD., YKK (U.K.) LTD.,  :
YKK ZIPPER (SHENZHEN) CO., LTD., YKK    :
AUSTRIA GMBH, YKK ITALIA S.P.A., OOO    :
YKK a/k/a YKK RUSSIA, YKK METAL VE      :
PLASTIK URUNLERI SANAYI VE TICARET      :
A.S., and YKK (U.S.A.) INC.             :
                                        :
                        Defendants.:
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/22

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on June 9, 2022, to the extent that Defendants wish to file a motion for summary judgment with respect to the meaning of the term "high end outerwear" in the Exclusive License Agreement, Defendants are directed to file and serve a request for leave to file such a motion by no later than June 23, 2022. Plaintiffs' opposition is due within fourteen days after service of Defendants' request. Defendants' reply, if any, is due within seven days after service of Plaintiffs' opposition.

As stated on the record during the conference held on June 9, 2022, to the extent that Defendants wish to request that the Court schedule two separate jury trials, Defendants are directed to file a motion pursuant to Rule 42 no later than June 23, 2022. Plaintiffs' opposition is due within

fourteen days after service of Defendants' motion. Defendants' reply, if any, is due within seven days after service of Plaintiffs' opposition.

    SO ORDERED.

Dated: June 9, 2022
       New York, New York

                                              GREGORY H. WOODS
                                          United States District Judge