USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                                                               :

AU NEW HAVEN, LLC, *et al.*,                   :

                                                Plaintiffs,    :              1:15-cv-3411-GHW

                                      -v -                       :              <u>ORDER</u>

YKK CORPORATION, *et al.*,                  :

                                       Defendants.  :

----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    Plaintiff's request for a pre-motion conference, Dkt. No. 842, is granted. The conference will be held on November 22, 2022 at 4:00 p.m. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are directed to comply with Emergency Rule 2(C).

    Additionally, the parties are directed to email to the court, at WoodsNYSDChambers@nysd.uscourts.gov, the documents contained in Dkt. No. 840 Exhibits 3-A, 3-B, 3-C, 3-D, 3-E, 3-F, 4-A, and 4-B in their native formats.

    SO ORDERED.

Dated: November 21, 2022
       New York, New York

                                                                       GREGORY H. WOODS
                                                                   United States District Judge