```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
AU NEW HAVEN, LLC, et al.,                                        :
                                                                  :
                                    Plaintiffs,                   :     1:15-cv-3411-GHW
                                                                  :
                -v -                                              :     ORDER
                                                                  :
YKK CORPORATION, et al.,                                          :
                                                                  :
                                    Defendants.                   :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2022

GREGORY H. WOODS, United States District Judge:

As discussed at the November 22, 2022 pre-motion conference, Plaintiffs' request to file a motion for sanctions, see Dkt. No. 842, is granted. The deadline for Plaintiffs to file and serve their motion is November 28, 2022. Defendants must file and serve their opposition no later than December 5, 2022; Plaintiffs' reply, if any, must be filed and served no later than 9:00 a.m. EST on December 8, 2022.

Additionally, the parties are directed to submit to the court transcripts of the depositions that are relevant to this motion, as well as transcripts of the depositions that were identified in the parties' deposition designation and trial exhibit list spreadsheet. The parties are directed to contact the Courtroom Deputy for instructions on how to submit these documents through the Court's electronic filing system. The Deputy's contact information can be found on the Court's website. The parties are ordered to submit these documents no later than one week from the date of this order.

Finally, as mentioned on the November 22, 2022 call, the Court anticipates that additional time will be needed to fully address the disputes raised by the parties at the final pretrial conference. Accordingly, a second date and time for that conference is hereby scheduled for December 21, 2022, at 9:00 a.m. EST. This time supplements, but does not replace, the first date and time (December

15, 2022 at 9:00 a.m.) for the final pretrial conference already scheduled by the Court. The conference will be held at: Courtroom 12C, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: November 22, 2022

_____
GREGORY H. WOODS
United States District Judge