USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
AU NEW HAVEN, LLC, *et al.*,                                   :
:
                     Plaintiffs,         :    1:15-cv-3411-GHW
:
           -v -                                              :    <u>ORDER</u>
:
YKK CORPORATION, *et al.*,                                     :
:
                    Defendant(s).        :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      To fully prepare for the parties' Final Pretrial Conferences, the Court hereby orders the parties to jointly provide two items to the Court no later than December 5, 2022:

1. A document listing, for each of the parties' will-call or may-call witnesses (*see* Dkt. No. 840 Ex. 2-A, B), an estimate of the time that the parties expect they will need for both direct and cross-examination of the witnesses;

2. A proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

      SO ORDERED.

Dated: November 28, 2022
       New York, New York

                                                                           GREGORY H. WOODS
                                                        United States District Judge