```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
AU NEW HAVEN, LLC, *et al.*,                                   :
                                                               :
                                         Plaintiffs,           :     1:15-cv-3411-GHW
                                                               :
                    -v -                                       :     ORDER
                                                               :
YKK CORPORATION, *et al.*,                                     :
                                                               :
                                         Defendants.           :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    This order concerns two subjects. First, the Court has attached, as an exhibit to this order, a spreadsheet of provisional rulings on deposition designation objections to help the parties prepare for the first session of the final pretrial conference later this week. Second, to help the Court prepare for the final pretrial conference, the Court requests that each party resubmit its trial exhibit list with an additional column. That additional column should denote, for each exhibit, whether that exhibit is referenced in any HEO trial deposition designation and, if so, which one. By December 15, 2022, the parties should email their exhibit lists to WoodsNYSDChambers@nysd.uscourts.gov in native format, and should post them on the docket in PDF format by the same date.

    SO ORDERED.

Dated: December 12, 2022
       New York, New York

                                                           GREGORY H. WOODS
                                                       United States District Judge