USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                      :

AU NEW HAVEN, LLC, *et al.*,               :

                             Plaintiffs,   :       1:15-cv-3411-GHW

              -v -                          :       <u>ORDER</u>

YKK CORPORATION, *et al.*,              :

                           Defendants.   :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This order concerns three subjects. First, for the reasons described at the December 15, 2022 conference, Defendants' motion in limine number 19, Dkt. No. 775, is denied. Second, for the reasons described at the December 15, 2022 conference, Plaintiffs' motion for sanctions, Dkt. No. 846, is denied. Finally, given the Court's discussion at the December 15, 2022 conference involving supplemental materials submitted by both parties, Defendants' motion to strike Plaintiffs' pre-conference statement, Dkt. No. 859, is denied in part; the Court will consider both parties' submissions in advance of the December 21, 2022 conference and in preparing for trial. *See* Dkt. No. 849 (Plaintiffs' submission); Dkt. No. 860-1 (Defendants' submission). Neither party should submit additional briefing on this topic without advance leave of court.

      The Clerk of Court is directed to terminate the motions pending at Dkt. No. 846 and Dkt. No. 859.

      SO ORDERED.

Dated: December 15, 2022
      New York, New York

                                                                      GREGORY H. WOODS
                                                                   United States District Judge