```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                             :
AU NEW HAVEN, LLC, *et al.*,                     :

                                Plaintiffs,    :        1:15-cv-3411-GHW

                    -v -                           :        <u>ORDER</u>

YKK CORPORATION, *et al.*,                     :

                                Defendants.  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This order serves two functions. First, the Court hereby schedules a teleconference on **December 29, 2022 at 2:30 p.m**. At this conference, the Court expects to resolve certain outstanding motions *in limine* and the issue of Japanese-English interpretation for some of Defendants' witnesses. The Court does not expect to invite plenary argument, but instead plans to use the conference to relay its rulings on those issues. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are directed to comply with Emergency Rule 2(C).

      Second, attached to this order are three exhibits: (1) an updated version of the voir dire questions, (2) an updated version of the description of the case to be read at venire, and (3) updated provisional rulings on deposition objections and counter-designations. These documents are based on the Court's consideration of the parties' arguments and (as relevant) proposed revisions. Accordingly, while the parties may suggest modifications to any of these documents no later than a week from the date of this order, any such modifications should be either typographical in nature or, if substantive, should be made only if a party believes a grievous error must be corrected.

      The Court notes that, for the parties' convenience, any provisional rulings on deposition objections and counter-designations that have been either changed or added are <u>underlined</u> in that

document.

    SO ORDERED.

Dated: December 22, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge