USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
AU NEW HAVEN, LLC, *et al.*, :
:
                               Plaintiffs, :       1:15-cv-3411-GHW
:
              -v - :       <u>ORDER</u>
:
YKK CORPORATION, *et al.*, :
:
                               Defendants. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       This order concerns four topics. First, for the reasons stated at the December 29, 2022 conference, if Defendants' witnesses Akinobu Shibata and Masayuki Sarumaru testify in either upcoming trial in this case, they must do so through a Japanese interpreter. Second, for the reasons given at the same conference, Defendants' motion *in limine* number 17, Dkt. No. 652, is granted in part; Plaintiffs' exhibit 77 is excluded from the high end outerwear (HEO) trial but is not excluded from the second trial while Plaintiffs' exhibit 80 is excluded from both trials. Third, for the reasons given at the same conference, Defendants' motion *in limine* number 18, Dkt. No. 654, is denied. Finally, for the reasons given at the same conference, the Court expects to adopt Defendants' proposals concerning the timing for exchange of notices of witnesses and exhibits when it enters a final pretrial order in this case. *See* Dkt. No. 840 at 13.

       SO ORDERED.

Dated: December 29, 2022

                                                                         GREGORY H. WOODS
                                                             United States District Judge