UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                       :

AU NEW HAVEN, LLC, *et al.*,            :
                                       :

                    Plaintiffs,    :                1:15-cv-3411-GHW
                                       :

                  -v -                  :                   ORDER
                                       :

YKK CORPORATION, *et al.*,         :
                                       :

                  Defendants.   :

------------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

        A conference is hereby scheduled in this case for January 13, 2023 at 2:00 p.m.  The conference will be conducted by telephone.  The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C). At the conference, the Court expects to take up issues raised by the parties concerning stipulations of fact, *see* Dkt. Nos. 874, 878, the issue raised by Defendants concerning two of Plaintiffs' exhibits, *see* Dkt. Nos. 879–880, and some of the issues raised in Plaintiffs' motion on cross-cutting evidentiary issues, Dkt. No. 875.

        SO ORDERED.

Dated: January 6, 2023
       New York, New York

                                   _____
                                     GREGORY H. WOODS
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/6/2023