```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                        :
AU NEW HAVEN, LLC, *et al.*,                            :
                                                        :
                                    Plaintiffs,         :        1:15-cv-3411-GHW
                                                        :
            -v -                                        :        <u>ORDER</u>
                                                        :
YKK CORPORATION, *et al.*,                              :
                                                        :
                                    Defendants.         :
                                                        :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      This order responds to Plaintiffs' letter filed at Dkt. No. 892. The document posted at Dkt. No. 890 granted in part Plaintiffs' motion at Dkt. No. <u>889</u>, insofar as the Court agreed to take that motion up at the conference scheduled for January 13, 2023. It took no action with respect to the motion filed at Dkt. No. <u>886</u>, which was already set to be a subject of that conference. All of that is evident from the face of the actual order linked at that docket number. The text on the docket at Dkt. No. 890, which was attached to the entry by the office of the Clerk of Court and reflects that the motion at Dkt. No. <u>886</u> was granted and denied in part, was in error. Counsel is directed to review the Court's ECF Rules, in particular Rule 4.3, which states the following: "All Filing and Receiving Users have an obligation to review the Court's actual order, decree, or judgment, as available on ECF, and should not rely on the description of such order, decree or judgment in the Notice of Electronic Filing (NEF) alone."

      The Clerk is directed to correct the docket text attached to Dkt. No. 890 to reflect that Dkt.

No. 890 granted in part Dkt. No. 889 (but took no action with respect to Dkt. No. 886).

SO ORDERED.

Dated: January 11, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge