```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
AU NEW HAVEN, LLC, *et al.*,                                   :
                                                               :
                                   Plaintiffs,                 :     1:15-cv-3411-GHW
                                                               :
              -v -                                             :     ORDER
                                                               :
YKK CORPORATION, *et al.*,                                     :
                                                               :
                                   Defendant(s).               :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record on January 23, 2023: (1) Plaintiffs' motion for reconsideration of the Court's ruling concerning Defendants' definition of high end outerwear, *see* Dkt. No. 905, is denied, and (2) Defendants' motion concerning the inadmissibility of certain portions of Mr. Blunt's testimony, *see* Dkt. No. 912, is denied. Further, the Court hereby orders Plaintiffs to include the part of Mr. Press's testimony identified by Defendants in the letter at Dkt. No. 911 as part of Plaintiffs' case-in-chief video presentation. Finally, the motion pending at Dkt. No. 886 is terminated; as the Court has begun to do and will do throughout trial, the Court will continue to resolve the admissibility of the exhibits mentioned in this document individually.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 886, 905, and 912.

SO ORDERED.

Dated: January 23, 2023
       New York, New York                               _____
                                                            GREGORY H. WOODS
                                                           United States District Judge