USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
:
AU NEW HAVEN, LLC, *et al.*, :
:
                                Plaintiffs, :      1:15-cv-3411-GHW
:
                  -v - :      <u>ORDER</u>
:
YKK CORPORATION, *et al.*, :
:
                                Defendants. :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      As discussed with the parties on January 30, 2023, the parties are hereby ORDERED to submit separate letters, no greater than three pages in length, outlining their views of how they expect the definition of "high end outerwear" reached by the jury at the just-closed trial will impact the admissibility of expert testimony at the March 6, 2023 trial. In the same letter, the parties may (but need not) raise other issues regarding scheduling for the March 6, 2023 trial. The letters should be filed no later than February 6, 2023. The Court anticipates holding a conference during the week of February 6, 2023 to discuss issues raised in the letters.

      SO ORDERED.

Dated: January 30, 2023
       New York, New York

                                                               GREGORY H. WOODS
                                                       United States District Judge