USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                             :

AU NEW HAVEN, LLC, *et al.*,            :

                          Plaintiffs,   :        1:15-cv-3411-GHW

                   -v -                :        <u>ORDER</u>

YKK CORPORATION, *et al.*,        :

                        Defendants.  :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court has received the parties' letters concerning trial availability in late summer and fall of 2023. *See* Dkt. No. 947; Dkt. No. 948. The Court recognizes that counsel have other commitments and is pleased to accommodate those commitments where possible. However, the Court cannot fully accommodate Plaintiffs' proposed August 7, 2023 start date for trial in this case. The Court, however, will move the first day of this trial to **July 31, 2023** to, as best as possible, account for counsels' availability. The other dates pretrial dates listed in the Court's prior order on this topic, Dkt. No. 945, will remain unchanged. The Court thanks counsel for their understanding.

      SO ORDERED.

Dated: February 23, 2023
       New York, New York

                                                                       GREGORY H. WOODS
                                                                 United States District Judge