USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
AU NEW HAVEN, LLC, *et al.*,

                              Plaintiffs,

-against-

YKK CORPORATION, *et al.*,

                              Defendants.
------------------------------------------------------------- X

1:15-cv-3411-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court thanks the parties for their submissions in advance of the July 31, 2023 trial. *See* Dkt. Nos. 982–984. Through this order, the Court requests the filing of several additional documents and alters the deadline for the submission of one set of materials.

First, the Court previously ordered the parties to file their "unredacted *Daubert* moving papers and exhibits, unredacted *Daubert* opposition papers and exhibits, and unredacted *Daubert* reply papers and exhibits on ECF as viewable only by the parties" by June 30, 2023. Dkt. No. 981. While this order remains in effect, the parties are hereby additionally directed to submit these documents to chambers via email by **June 23, 2023**. The Court understands that this will not require additional work by the parties because they will be exchanging (or have exchanged) these documents with their adversary by that date.

Second, while the parties' pre-trial submissions mostly accorded with the Court's February 10, 2023 pretrial order, *see* Dkt. No. 945, the Court does not believe that it received "short description of the relevant law." Dkt. No. 945 at 2. The parties are directed to file this short description of the relevant law on the docket by no later than **June 30, 2023**, and to send that document in native format to chambers via email the same day.

Third, the Court requests that the parties provide proposed *voir dire* questions for the jury. The parties should propose *voir dire* questions by letter on the docket and submission in native

format to chambers by no later than **June 30, 2023.**[1]

      SO ORDERED.

Dated: June 20, 2023
       New York, New York

                                              GREGORY H. WOODS
                                             United States District Judge

---

[1] If the either party believes, or the parties agree, that the Court should use the same *voir dire* questions that were used in the HEO trial, the party(s) should indicate that fact in this letter.