**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AU NEW HAVEN, LLC and TRELLEBORG COATED SYSTEMS US, INC., | Civil Action No.: 15-CV-03411-GHW |
| Plaintiffs, | |
| v. | |
| YKK CORPORATION et al., | |
| Defendants. | |

**DECLARATION OF STEVEN CHERNY IN SUPPORT OF DEFENDANTS'**
**MOTION TO EXCLUDE PLAINTIFFS' EXPERT OPINIONS**

I, Steven Cherny, declare as follows:

1.      I am a partner of the law firm Quinn Emanuel Urquhart & Sullivan, LLP which, along with Kilpatrick Townsend & Stockton LLP, and LTL Attorneys LLP, serves as counsel for Defendants in the above-captioned matter.  I have personal knowledge of the matters stated in this Declaration.

2.      Attached as **Exhibit A** is a true and correct copy of the Supplemental Expert Report of David W. Cockrell, dated March 28, 2023.

3.      Attached as **Exhibit B** is a true and correct copy of the Supplemental Expert Report of James D. Donohue, dated March 28, 2023.

4.      Attached as **Exhibit C** is a true and correct copy of the transcript from the continued deposition of David W. Cockrell, on May 23, 2023.

5.      Attached as **Exhibit D** is a true and correct copy of the transcript from the continued deposition of James J. Donohue, on May 18, 2023.

6.      Attached as **Exhibit E** is a true and correct copy of the transcript from the Telephone Conference held in the above-captioned matter on September 21, 2020, at 10:00 a.m.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2023
New York, New York

Steven Cherny