```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
AU NEW HAVEN, LLC, *et al.*,  :
                                    Plaintiffs, :
                                           :
                   -against-                :
                                           :
YKK CORPORATION, *et al.*,  :   1:15-cv-3411-GHW
                                           :
                             Defendants. :   ORDER
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     Earlier today, the Supreme Court issued a decision in *Abitron Austria GmbH v. Hetronic International, Inc.* No. 21-1043 (June 29, 2023). As this Court has previously noted, it expects that this opinion may affect aspects of the upcoming trial in this case. The parties are hereby directed to provide, by letter on the docket no later than July 5, 2023, (a) a list of pretrial filings that the parties (or each party) believe must or should be changed and/or resubmitted as a result of the decision in *Abitron*, (b) a proposal (or proposals) for the timing of resubmission of any such filings, and (c) whether the parties request a settlement conference with the assigned magistrate judge in light of *Abitron*.

     SO ORDERED.

Dated: June 29, 2023
       New York, New York

                                                               GREGORY H. WOODS
                                                       United States District Judge