```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   AU NEW HAVEN, LLC, *et al.*,

                    Plaintiffs,

        -against-

   YKK CORPORATION, *et al.*,           1:15-cv-3411-GHW

                    Defendants.         ORDER
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     With apologies for the short notice, the Court hereby schedules a conference for June 30, 2023 at 4:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

     SO ORDERED.

Dated: June 29, 2023
       New York, New York

                                            GREGORY H. WOODS
                                       United States District Judge