```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   AU NEW HAVEN, LLC, *et al.*,  :
                                    Plaintiffs, :
                                             :
             -against-  :
                                             :
YKK CORPORATION, *et al.*,  :   1:15-cv-3411-GHW
                                           :
                             Defendants. :   ORDER
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed at the June 30, 2023 conference, Defendants' brief concerning the impact of *Abitron Austria GmbH v. Hetronic International, Inc.* on Plaintiffs' theory of domestic conduct under the Lanham Act is due no later than July 7, 2023. Plaintiffs' response brief is due no later than July 13, 2023; Defendants' reply, if any, is due no later than July 17, 2023.

      SO ORDERED.

Dated: July 5, 2023
       New York, New York

                                                    _____
                                                      GREGORY H. WOODS
                                                  United States District Judge