```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
AU NEW HAVEN, LLC, *et al.*,      :
                   Plaintiffs,  :
                                       :
         -against-                   :
                                       :     1:15-cv-3411-GHW
YKK CORPORATION, *et al.*,        :
                                       :
                  Defendants. :     ORDER
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court has reviewed the parties' *Daubert* motions concerning the supplemental expert reports and has concluded that its evaluation of the motions would benefit from a hearing with respect to the testimony of Plaintiffs' experts Mr. Cockrell and Mr. Donohue and Defendants' experts Mr. Arntson and Ms. Kindler.[1]  The Court expects that the hearing would be limited in scope to matters contained in the experts' supplemental reports.  The Court does not, however, expect that additional testimony regarding opinions related to luggage or military sales will be needed in order to permit the Court to evaluate their opinions with respect to those categories.

      The Court would expect that examination of each expert would last up to four hours.  As an initial proposal, the Court has availability at 9:00 a.m. on Thursday, July 20, 2023 (Plaintiffs' experts) and at 11:00 a.m. on Friday, July 21, 2023 (Defendants' experts).  However, if the parties have availability earlier next week, the Court also has sufficient windows of time to conduct hearings at 9:00 a.m. on Monday, July 17, 2023 and at 11:00 a.m. on Tuesday, July 18, 2023 (though brief breaks may be necessary).  In any scenario, the Court will want the Plaintiffs' experts to testify before Defendants' experts.  The parties are directed to file a letter on the docket by no later than

---

[1] The Court does not need to conduct a hearing with respect to Defendants' expert Dr. Meirowitz.

2

July 13, 2023 stating whether they prefer to proceed on Monday and Tuesday, rather than Thursday and Friday of next week.

    SO ORDERED.

Dated: July 11, 2023
      New York, New York

                                                 GREGORY H. WOODS
                                              United States District Judge

2